Su honorable Señoría Sharon Johnson Coleman.

Le escribo esta carta con el respeto que usted se merece. Para que conozca desde mi perspectiva de vida a mi cónyuge Felipe Cabrera Sarabia y a nuestra dinámica de familia, con nuestra comunidad y amigos.
Puedo asegurar que mi pareja se siente profundamente avergonzado por los daños causados a las comunidades estadounidenses le pido clemencia por él que tanta falta nos hace a nosotros su familia.

Mi nombre es Hipolita Medina Bermudez crecí en una familia numerosa compuesta por 12 hermanos en un poblado llamado los plátanos. Conocí a Felipe cuando yo tenía 10 años al visitar a mi hermana mayor Rosario que vivía en la comunidad de Vascogil, lugar donde nació Felipe. Los dos estábamos cursando para ese entonces 4to de primaria y ocurrió lo inevitable nos enamoramos desde muy pequeños.

A los 15 años yo ya tenía el permiso de mis padres para bailar y me reencontré con él en un baile. Bailamos toda la noche y me pidió que fuera su novia a lo cual accedí paso alrededor de 1 mes de relación para cuando decidimos vivir en unión libre. Como era ya costumbre entre nuestra gente tuvimos a nuestro primer hijo Oscar a la edad de 16 años. Felipe siempre fue un hombre responsable, buen proveedor de casa, la situación era difícil, cada vez había menos oportunidad de generar dinero ya que vivíamos muy apartados de la civilización así que sufríamos de enfermedades sin poder acceder a medicamentos y a veces también de hambre, aunque los mismos animales a veces nos ayudaban a pasar esas crisis con carne, huevos y leche. Lo que siempre hubo en nuestra casa fue el maíz para hacer tortillas y el frijol. Luego a los 17 años procreamos a nuestra segunda hija María Cristina en su nacimiento estábamos pasando por una crisis económica así que Felipe paso 3 días vendiendo una vaca y un caballo para poder viajar a la ciudad de Durango para que yo pudiera dar a luz en el Hospital General de la ciudad y poder comprarle un cambio de ropa a mi hija.

Al cumplir nuestra mayoría de edad eligieron a Felipe como Juez del pueblo Vascogil, Durango, Mx. Ya que siempre cuidaba de todos, se preocupaba desde el más pequeño hasta el más grande. Siempre soñaba con darnos una vida digna a todos sobre todo a sus hijos allí empezó a tener acercamiento con la gente de la mina de metates que estaba muy cercana de dónde vivíamos lo primero que busco fue mejores condiciones para los niños buscando una educación integral, acceso a medicamentos ya que acaba de pasar un brote de sarampión en donde enfermo Oscar y mucha gente del poblado, hizo cuanto pudo para sacarnos a todos del rancho y poder llevarnos al hospital pidiendo ayuda a los aviones comerciales (taxis aéreos) con el traslado. La gente siempre se refugiaba en el para pedir un apoyo con los mineros ya que la relación que tenía con ellos era muy buena, siempre buscaba la forma de relacionarse con las personas yo le decía que era un don que tenía por que la mayoría de nosotros éramos muy vergonzosos con los citadinos que visitaban nuestro lugar.

Después a los 20 años nació Carolina mi tercer hija las condiciones económicamente hablando seguían siendo las mismas, pero siempre fuimos felices con lo que teníamos y yo tenía la total confianza en Felipe, no me preocupaba por el dinero por que sabia que el de alguna u otra manera siempre encontraría la forma de salir adelante. Pasaron tres años después del nacimiento de Carolina cuando decidió sacarnos del rancho para que sus hijos pudieran tener otras oportunidades, las cuales nosotros nunca tuvimos siempre me decía "quiero lo mejor para mis hijos, quiero que estudien y no tengan que vivir como vivimos nosotros" yo sufría por tener que dejar mi comunidad y mi nido, pero emprendí el viaje con el por que como pareja siempre nos hemos apoyado.

Nuestra vida era una rutina de trabajo, los niños en la escuela y yo con las responsabilidades de la casa. A Felipe cada vez le iba mejor en la producción y venta de ganado hasta que un día después de 5 años pudimos conseguir una casa y nació mi hijo menor Luis Felipe.
En nuestra casa siempre había movimiento nunca se escuchaba vacía varias personas del rancho nos visitaban con frecuencia, algunos a visitar al doctor a una revisión de rutina y otras simplemente de vacaciones en la ciudad, siempre fuimos una familia acogedora con los demás varías personas vivieron por tiempos indefinidos con nosotros entre todos nos ayudábamos con los gastos; La gente se sentía en confianza y cuidada en nuestra casa.

Hay muchas anécdotas que pudiera redactarle acerca de mi pareja pero decidí elegir aquellas que tocaron mi corazón y siempre han quedado guardadas en mi memoria. Hace ya algunos años que uno de mis sobrinos falleció de cáncer en los pulmones, Felipe era su padrino consentido entre ellos dos existía un vínculo lleno de amor y cariño a mi sobrino le gustaba pedirle consejos a Felipe por que el papá que el tenía era alcohólico y nunca pudo sostener una platica con el. Paso 6 meses con la enfermedad y me consta que no hubo cosa que Javier mi sobrino no hubiera pedido o necesitado que Felipe entre sus posibilidades no le hubiera cumplido o veía la forma de conseguirlo siempre estuvo allí con el sosteniéndolo en su agonía, esas son cosas que en mi familia jamás se han olvidado.

En los momentos más complicados él ha estado presente para apoyarnos tanto como yo soy su fortaleza el es la mía. En mi relación con el nunca nos ha faltado el amor eso es algo que nos ha mantenido unidos todos estos años de separación. Tome la decisión de nunca dejarlo solo, así como el nunca me dejo a mi ni a los míos.

Felipe es altruista por naturaleza, siempre ha buscado ayudar a las personas. Ha impactado muchas vidas de manera positiva y con amor. Cuando fue detenido por el gobierno mexicano, pasamos crisis de todo tipo desde emocionales hasta económicas, pero nada de eso a sido impedimento para que continuemos con nuestras vidas, él a su manera siempre ha estado al pendiente de todos nosotros, pendiente de que las emociones no controlaran nuestro día a día nos enseño a enfrentar los hechos con dignidad y a levantar la cara pese la tristeza. Es un hombre fuerte, que a pesar de las adversidades ha sabido como manejarlo con inteligencia emocional. Ha sido un largo camino con altibajos, pero la unión siempre ha sido nuestra fuerza.

Me toco verlo sufrir mucho en los diferentes penales en dónde estuvo y al igual que él sufríamos nosotros también. El trato y la comida era pésima, vivíamos con la zozobra de si iba a estar bien en la siguiente visita o de si caía enfermo de si la iba a librar por que los servicios médicos eran de muy mala calidad. Había noches de mucho desvelo y angustia, pero cada visita valía la pena cada 8 días emprendíamos un viaje para poder verlo y estar juntos. Se por los días de confesión en la privacidad de la visita en dónde hablábamos de lo que nos dolía estar separados allí era el único lugar donde nos expresábamos, llorábamos y abríamos nuestros corazones. Siempre agradecíamos poder estar reunidos una vez más.

Lo extraño cada uno de mis días, no hay lugar o espacio en dónde no me haga falta. Es parte de mi vida, ahora que tengo tanto tiempo alejada de el y sin poder verlo sueño con la realización de ese encuentro que espero sea pronto. Estamos listos para recibirlo en casa y aprovechar cada segundo que la vida nos deje seguir compartiendo.

Con este pequeño resumen de lo que es nuestra vida le pido que considere estas letras y que a través de ellas pueda conocer un poco más de Felipe, se que no es un santo, se que no siempre ha hecho las cosas bien, pero tiene un corazón gigante y siempre estará dispuesto a mejorar como persona para el mayor bien de todos y de él mismo.

Su señoría le pido que perdone todas las faltas que haya cometido a la comunidad de Estados Unidos y le brinde una segunda oportunidad de regresar con nosotros su familia.

Que dios la bendiga a usted y a su familia,

Atentamente.

Hipolita Medina B

Hipolita Medina Bermudez

Su honorable Señoría Sharon Johnson Coleman.

Le pido clemencia y por favor lea esta carta que redacta la vivencia que como hijos hemos tenido al lado de mi padre, estoy consiente que su comportamiento no ha sido el mejor, pero Me dirijo a usted con el respeto que se merece para pedirle que lea esta carta en donde le describo quien es mi padre para mi y para rogarle que tenga misericordia con el.

Mi nombre es Oscar Cabrera Medina, el primer hijo de Felipe e Hipolita, tengo 34 años. Yo tenía apenas 24 años cuando mi papá fue encarcelado. Lo considero una persona muy trabajadora y organizada. Se cuanto ama a su ganado y como los cuidaba, desde que yo era niño mi papá amaba llevarme a montar desde entonces le tome el gusto a los caballos y al ganado es algo que me apasiona papá siempre me platicaba sobre la combinación de razas para que el ganado saliera más fino cuando procreaban, sus consejos sobre el negocio los he llevado siempre en mi mente y corazón han sido mi guía en todos estos años que no ha estado conmigo.

Uno de los regalos más preciados que tengo de papá fueron los libros de ganadería que me dejo y algunas crías de ganado que con el tiempo fui desarrollando para tomar el rumbo de la ganadería, aún no soy el mejor ganadero, pero si uno que por los consejos de su padre ha sabido tomar decisiones sabias. Estar en ese lugar, ver crecer a los animales me recuerda a él y a las épocas que desde muy pequeño experimente con él. Es un hombre muy importante en mi vida, un buen consejero, un buen amigo.

Hace algunos años me detectaron epilepsia cuando sufrí la primera crisis mi papá no se encontraba con nosotros. Estaba yo de visita con mi mamá cuando experimente el primer ataque epiléptico, me platican que le llamaron y llego muy rápido como cualquier padre que cuida de sus hijos actuó con una capacidad de respuesta que jamás habíamos visto y en cuestión de minutos yo ya estaba en el hospital. Siempre nos ha cuidado con paciencia y nos ha enseñado con amor. Mi papá siempre me dedico tiempo para platicar sobre aquellos temas que me abrumaban y siempre regresaba a casa no con la vida resuelta, pero si con muchos ánimos para seguir viviendo.

La detención de mi papá me marco de por vida y prometí siempre actuar con juicio para jamás tener que pasar por eso, además de que amo a mi padre también admiro su entereza y fortaleza. Me siento orgulloso de ser su hijo y tengo el orgullo de decir que fui criado por un excelente ser humano, integro y con un corazón único.
Lleva años fuera de nosotros viviendo un vida inhumana y llena de experiencias malas y aún así sonríe, le sonríe a la vida y nos sonríe a nosotros todo el tiempo. Eso siempre me a animado a seguir a delante, a ver la vida diferente.

Su señoría soy papá de tres hijos, 2 niñas y 1 niño mi papá conoce poco a mis hijas pero aún no tiene la dicha de conocer a mi hijo, deseo que el este aquí con nosotros para que pueda verlos crecer y que las historias que les cuento a ellos se las platique el en persona. Yo trato de mantener su imagen siempre viva, pero hay cosas que la convivencia nos regala todos

los días y es el vínculo y la conexión que podemos crear con los nuestros a través de las risas y los abrazos, siempre me preguntan que cuando va a regresar su papá Felipe.

Le pido que tenga misericordia y que considere su regreso, le ruego que lo perdone por todo el daño que haya causado a la comunidad de estados unidos y pido por que le brinde la oportunidad de regresar con su esposa. Mi Mamá lo ama y sufre mucho sin el, al igual que yo y mis hermanos.

Que dios la bendiga a usted y a su familia

Atentamente,

Oscar Cabrera M.

Oscar Cabrera Medina

 3

Su honorable señoría Sharon Johnson Coleman.

Le pido clemencia y por favor lea esta carta que redacta un poco la vivencia que como hijos hemos tenido al lado de mi padre, estoy consciente que su comportamiento no a sido el mejor, pero me gustaría redactar un poco como a sido mi experiencia y de toda la familia al lado de Felipe Cabrera

Mi nombre es María Cristina Cabrera Medina, Lic. En contaduría publica, hija del señor Felipe Cabrera Sarabia y la Sra. Hipólita Medina siendo la segunda en nacer dentro del matrimonio.

Cuando era pequeña, recuerdo estar cursando el kínder en la comunidad, más no lo termine esto se debe a que mi papá decidió llevar a su familia a la ciudad para que está pudiera tener una mejor vida por lo tanto llegue cursando primaria, regresando a esos momentos del kínder, recuerdo perfectamente a un papá muy preocupado por la educación de sus hijos siempre alentando con palabras que hasta el día de hoy a mis 32 años de vida siguen resonando en mi cabeza una y otra vez, mi papá me a hecho sentir una persona valiosa, inteligente, amada, que puede con todas las adversidades.

Mis vacaciones favoritas siempre eran las idas al lugar de nacimiento de mi padre, era el momento más feliz para mi, mis hermanos igual se inundaban de felicidad, nos íbamos en su camioneta no recuerdo el color, pero cuando íbamos en carretera era lo más emocionante ya que pasando el municipio de Santiago papasquiaro había un pequeño desnivel en la carretera que hacia saltar el auto tan alto que todos los que íbamos dentro de el saltábamos y sentíamos esas mariposítas llamadas en el estomago, era un momento fascinante, cuando veía cuanto reíamos mis hermanos mamá y yo, nos decía quieren más?? Nuestra respuesta era si papa queremos más, con gritos que azotaban esa camioneta llena de niños alegres y una esposa feliz, pero sobre todo un papá radiante por hacer felices a sus hijos con algo tan pequeño.

Al llegar a la comunidad, dependiendo la hora de llegada nos ponía a mis hermanos y a mi a repartir la fruta con todas las personas no era mucho lo que entregábamos, pero el hecho de hacerlo era algo tan bonito, aunque no recibiera las gracias por algunas personas el seguía haciéndolo.

En dos ocasiones en la ciudad de Durango nos toco vivir la experiencia de ver nevar, la primera no la recuerdo demasiado, la segunda ocasión estaba mi padre dejándonos en el colegio, al salir del auto nos dice hijos esta plumeando, y grito es nieve estábamos tan emocionados que le dijimos no nos dejes en la escuela llévanos para disfrutar del día, nos vio y respondió súbanse al auto vámonos de aquí, al llegar a casa mi mamá como siempre le decía "hay Felipe otra vez caíste ante ellos" el le responde: vieja es nieve déjalos que vivan la experiencia, tenemos mis hermanos y yo un papá que nos a dejado explorar cada cosita por mínima que sea y disfrutar del momento.

Tengo 3 hijos los conoce a todos, la primera de nombre Alina ella fue su primer nieta por consiguiente con quien más convivio, ella tiene recuerdos muy lindos a su lado, tenia 4 años cuando mi padre cayo preso, Sergio y Cecilia, lo conocieron en la prisión de Guadalajara, ellos hablan de un abuelo muy bueno pero a la vez de uno muy triste por donde se encuentra, en terapia le preguntan a Alina que quien de su familia considera la persona más triste ella responde que su abuelo porque no tiene libertad, pero menciona es el más inteligente aun estando en ese lugar siempre me motiva por salir adelante y eso la tiene asombrada.

Cuando tocaba visita siempre íbamos con la mejor sonrisa para no levantar sospechas y que el no pudiera detectar que alguno iba triste, con algún problema emocional o cualquier situación, pero siempre detectaba esos detalles tanto asi que el empezaba a motivarnos sin decirnos los e cachado, siempre a fomentado el estudio, el crecimiento personal, el ser mejores personas día con día, salir de esas visitas me hacían sentir empoderada y que podía con todo, eso es mi padre, que aun estando en ese lugar lleno de carencias el aun sonríe, el aun brilla, el aun ama, el es fortaleza.

Le pido perdonen a mi padre por sus faltas cometidas hacia las comunidades de los Estados Unidos, le den por favor una segunda oportunidad para que este con su familia que tanto desea tenerlo de regreso.

Gusto saludarle, que dios la bendiga a usted y toda su familia.

Atentamente

Cristi Cabrera

Lic. María Cristina Cabrera Medina

Su honorable Señoría Sharon Johnson Coleman.

Deseando que se encuentre bien, me dirijo a usted por medio de esta carta para pedirle tenga misericordia de mi padre y le permita regresar pronto a casa.

Mi nombre es Carolina Cabrera Medina, soy la tercera hija de la unión de Felipe e Hipolita. Tengo 29 años y soy Maestra en Administración y Finanzas para Empresas. Papá siempre nos ha regalado momentos mágicos. Recuerdo cuando nevó en Durango yo tendría alrededor de 8 años, vivíamos en una casa pequeña pero el hecho de estar en casa y no en la escuela encerrados con papá y mamá intensifico el sentido de la emoción, hubo mucho chocolate caliente, monos de nieve, chimenea, cenas y risas. Lo escribo y pienso en que amo demasiado a mi familia.

Papá me ha enseñado a siempre ayudar a los demás si lo necesitan, a trabajar duro para conseguir lo que se quiere, a ser consciente y a saber que aún cuando tome una mala decisión siempre estará mi familia para respaldarme. Crecimos en un hogar lleno de amor y diversión, se nos educo a la antigua y como me gusta recordar esos tiempos. Papá es muy juguetón cuando había que regañarnos por alguna travesura siempre recurría a mamá y nos reíamos tanto de el. Es un hombre adorable y cariñoso, le gusta mucho vernos felices a sus hijos y nietos. Cuando íbamos al penal de Guadalajara a verlo, llego a tener algunas visitas de sus nietos, siempre hacía cosas para que sus nietos lo siguieran recordando a pesar de la distancia.

Su amor es infinito, tenemos mucho tiempo esperándolo. Pero el tiempo ha sido sabio y sanador, nos ha ayudado a fortalecer nuestros lazos familiares. Me impresiona como es que su nombre nunca deja de sonar en nuestra casa, en la de nuestros amigos y familia.
Se que todo el sacrificio que ha hecho siempre ha sido por y para nosotros, siempre nos recuerda que hay que vivir con dignidad, que estudiar y trabajar es la herramienta más poderosa para tener una vida que valga la pena vivirla.

Creo en las segundas oportunidades, por eso hoy me encuentro pidiéndole una segunda oportunidad para el, para que regrese a casa, para que la mesa de navidad este llena y no vacía. Mi papá me ha enseñado que no importa que pase, siempre se puede ser mejor persona si uno decide cambiar el rumbo.

Él ama las convivencias familiares, en navidad mi casa siempre era el punto de encuentro. había comida y regalos en abundancia. Puedo decir que le gusta ayudar a los demás sin esperar a recibir algo a cambio, sobre todo cuando se trata a la evolución y desarrollo de una persona, como los niños del rancho, siempre se preocupo por que tuvieran estudios y no se quedaran estancados. Tengo un recuerdo de cuando yo estudiaba inglés e íbamos al rancho de visita me pedía que fuera a la escuela a darles lecciones de inglés a los niños.

Soy lectora de corazón he leído alrededor de 300 libros en toda mi vida, mi primer libro me lo compro papá cuando tenía 8 años y desde entonces jamás solté la lectura. Cada Domingo

íbamos a misa y de allí a un restaurante que se llama VIPS. Después de terminar con los alimentos sacaba un billete del bolsillo y me lo entregaba y yo inmediato iba a la librería del restaurante para comprarme un libro. Siempre le emociono la idea de verme leer, de saber que me gusta estudiar, recuerdo una frase del el que decía "los jóvenes que estudian disfrutan más la vida y se divierten más de cualquier cosa".

Ahora que se que lee, y que sus expresiones, consejos y diálogo con nosotros ha cambiado tengo la seguridad de que ya no hay vuelta atrás y se que el papá que yo tenía ha evolucionado para ser una persona distinta, para tomar decisiones distintas, para cambiar el rumbo de su vida y elegir vivir sano.
Me hace ilusión pensar que estará en mi boda, no quisiera una boda lujosa, solo una llena de mucho amor, estar rodeado de naturaleza y aire limpio. Quisiera que papá este allí.

Nos ha pedido que acudamos a terapia con buenos psicólogos para no cargar con el peso de nada y podamos seguir viviendo y disfrutando cada segundo de nuestras vidas aún cuando no este él aquí para llenar el hueco. Yo siento que tenemos bases fuertes y que como familia hemos evolucionado para ser una mejor versión de nosotros.

Con papá en casa nada nos falta.

Le pido perdón por todo el daño que pudo haber causado a las comunidades de Estados Unidos. Tenga misericordia de él y bríndenos la oportunidad de estar juntos de nuevo.

Me despido con el respeto que usted se merece.

Atentamente,

Carolina Cabrera Medina

Su honorable Señoría Sharon Johnson Coleman.

Le pido clemencia y por favor que lea esta carta en dónde le describo cuál era la relación que yo tengo con mi padre Felipe Cabrera Sarabia, que sin duda se que no ha tenido el mejor comportamiento, pero para mi es importante que usted pueda tener otra perspectiva de el.

Mi nombre es Luis Felipe Cabrera Medina, tengo la edad de 24 años. Soy Licenciado en Administración de Empresas y soy el menor de los 4 hijos. Esta carta que escribo hoy es más que nada por mi padre, el hombre que desde pequeño ha sido mi ejemplo. Desde que tengo memoria siempre ha sido una persona de un carácter pacifico y razonable, dentro de casa haciendo equipo con mi mamá el supo la manera indicada de educarnos a mi y a mis hermanos en base al trabajo honesto, el valor y costo de las cosas. Siempre a manejado diálogos muy claros con nosotros hablándonos de la manera más clara y directa posible.

Recuerdo a mi padre por las mañanas mientras mi madre nos cocinaba el desayuno, hablar sobre lo que durante el día a el le esperaba en el rancho, los problemas que algunas veces a el se le llegaban a presentar con el ganado o con alguna máquina de trabajo pero a pesar de que los problemas pudiesen presentarse el siempre mencionaba que todo se debía de ver con buenos ojos, siempre fue positivo ante la adversidad.

Una de las cosas que mi padre me ha dejado muy marcadas fue su convicción, esfuerzo y entrega en su trabajo. Siempre lo he percibido como una persona con mucha empatía con las personas que lo rodeaban. Recuerdo que cuando alguien del rancho tenía alguna enfermedad o problema él buscaba la manera de ayudarles si en sus manos estaba. Su reacción siempre fue rápida y noble, pero sobre todo desinteresada. Siempre vi en su cara una expresión de satisfacción al ayudar a las personas que lo necesitaban.

Tengo recuerdos de el hablando de como quería que la gente que vivía en el rancho pudiera tener mejores oportunidades y servicios al alcance, buscaba mucho la manera de que todo eso pudiera llegar hasta todos ellos. De hecho hoy en día la iglesia del rancho esta en pie y cuidada gracias a el, ya que para la gente de la comunidad de Vascogil la religión y la fé son un apoyo en sus vidas. Mi papá me enseño a convivir y llevar una relación amigable y fiable con mi familia, el nos unió y nos hizo entender, que estando unidos siempre todo saldría bien.
Me acuerdo que los Domingos nos levantábamos temprano en familia a limpiar el jardín de la casa y lavábamos la cochera, despúes íbamos a la iglesia y saliendo nos íbamos a comer. Para mi papá el significado de la unión es muy importante pero el más importante de todos es el amor hacia tu familia.

Yo soy papá de 3 hijas y ahora comprendo lo que es sentir tanto amor por alguien, ahora puedo comprender a mi papá y el amor que siempre nos ha demostrado. Deseo que mis hijas puedan convivir con el y que, aunque ya se haya perdido algunas etapas sepamos disfrutar las que vienen en familia.

No estoy diciendo que mi padre es un santo, pero es un buen hombre. Le pido que le brinde la oportunidad de regresar pronto a su casa, con su familia. También que perdone todo el daño que el haya causado a la comunidad de Estados Unidos con las faltas que cometió.

Reciba saludos de mi parte, dios la bendiga a usted y su familia.

Atentamente,

Luis Felipe Cabrera Medina

**Su honorable Señoría Sharon Johnson Coleman.**

Le escribo esta carta con todo el respeto que usted se merece. Le pido por favor que lea esta carta para que conozca un poco de como fue la vida del Sr. Felipe Cabrera Sarabia en la comunidad de San Juan de Camarones donde él fue nacido y creado. En nombre de todos los que vivimos en ella. Le suplicamos que le tenga misericordia.

Mi nombre es Cruz Villarreal Saravia

Soy el representante de la comunidad de San Juan de Camarones y 7 pueblos más, todos pertenecientes al municipio de Santiago Papasquiaro, Durango. Somos 5 personas las que formamos la mesa directiva y representamos por todos los habitantes de todos estos pueblos. Yo soy originario de Vascogil de donde es nacido y criado el Sr. Felipe Cabrera Sarabia. Todos lo conocemos bien. Las historias de este Sr. Son las siguientes:

FCS es el hijo mayor de una familia. Sus padres lo crearon correctamente. Son señores con buena conducta. Su papá se dedicó a la ganadería y agricultura y su mamá ama de casa. Él fue un niño muy aplicado en la escuela. Platican sus padres que nunca batallaron con el para que fuera a la escuela. Desde que tenia 8 años el se hizo cargo de darles de comer a los animales que tenia en la casa. Puercos, gallinas, perros y conforme fue creciendo se fue haciendo cargo de los caballos y mulas de trabajo y el ganado de su padre. A los 12 años termino los estudios y se dedico a cuidar el ganado y agricultura.

Se caso a los 15 años con la Sra. Hipolita Medina, quien todos aquí en la comunidad la conocemos como esposa.

Al poco tiempo de casarse los habitantes del pueblo lo escogimos para juez. Él firmaba y ponía el sello a las facturas del ganado que se vendían, y cuando alguien del pueblo ocupaba vender un terreno contaba con el para que provocara una reunión y que todos los habitantes estuvieran de acuerdo en esa venta.

Él fue uno de los encargados de hacer acuerdos con ingenieros de la mina y el municipio para que la carretera nos la construyeran hasta el pueblo de Vascogil y otros pueblos de la comunidad. En ese entonces él tenía como 18 años. Él decía que con la carretera se nos facilitarían para transportar víveres, ya que antes los transportábamos en animales.

Mencionan personas mayores, mujeres, y hombres que él siempre se preocupaba por el bienestar de todos aquí en el pueblo. Que él les platicaba que él quería salirse a la ciudad para que sus hijos estudiaran. Sus dos primeros hijos estudiaron uno o dos años aquí en la escuela del pueblo.

Como en 1995 se fue a la ciudad de Durango, pero nunca se fue del todo. Él seguía viniendo a ver su ganado y comprarles a los campesinos. Les empezó a traer vacunas para que vacunaran el ganado y se les muriera menos.

Él siempre se preocupo porque la escuela estuviera bien. Que tuviera los mobiliarios y útiles de escuela. Pelotas para que los niños jugaran.

Al paso del tiempo pidió apoyo al municipio y a la empresa minera de aquí de Metates y nos dieron lamina, cemento, y un poco de dinero para que construyéramos mas salones y con la ayuda de todos los del pueblo logramos construir una escuela digna para los niños. Cuando a el le toco estudiar había como 12 niños. Cuando construimos los otros salones ya eran como 40 niños y por eso él decía que debíamos agrandar más la escuela.

Ya teníamos mucho tiempo viendo como construíamos una iglesia. Como en el 2000 iniciamos a construirla y él se encargo de buscar los apoyos con el municipio y con las empresas mineras. Ellos nos ayudaron con todos los materiales y un poco de dinero para el arquitecto quien hizo el plano. Todos los habitantes mayores de edad que Vivian aquí pusieron la mano de obra para tener una iglesia para que todas las familias pudieran ir a misa y celebrar bautizos y fiestas familiares. Todos estamos muy contentos.

En esa misma fecha logro que el municipio nos apoyara con tubería para el agua potable ya que todas las familias batallamos bastante. Las señoras tenían que traer agua para el uso domestico en la cabeza en baldes. ÉL decía que no era justo que las señoras trabajaran tanto. Una vez que instalamos la tubería y cada familia tenia su agua en su casa eran felices y él se ponía muy contento porque lo habíamos logrado.

Él siempre ha sido generoso con sus empleados que le cuidan el ganado. Si alguno de sus familiares necesitaba atención medica él no lo pensaba para ayudarles. Al igual a cualquier persona que lo ocupáramos para todos los que lo conocemos es un buen hombre.

Él, antes de que lo arrestaran, andaba viendo como bajar ayuda del gobierno para que nos dieran apoyos ganaderos, para que todos los campesinos pudieran mejorar su ganado y así tener mejores utilidades económicas y que nuestras familias tuvieran una mejor calidad de vida. Desde la prisión nos ha mandado decir que sigue pensando en esos proyectos y que no pierde la esperanza de poder lograrlo. Nosotros sabemos que es verdad lo que nos dice porque lo conocemos el ser humano que es. Le pedimos a dios que regrese. Que le vaya bien en su proceso para que este con su familia y con su ganado y con todos nosotros que le apreciamos mucho.

A pesar de que no conocemos las razones de su arresto en nombre de todos en esta comunidad, le pedimos tenga misericordia de él.

Durango, Durango, a 11 de octubre de 2012.

A quien corresponda:

Por medio de la presente, manifiesto que conozco al Sr. Felipe Cabrera Sarabia, a quien denominaron Presidente del Comisariado de Bienes Comunales de la Comunidad de San Juan de Camarones, perteneciente al Municipio de Santiago Papasquiaro, Estado de Durango, lo anterior, en virtud de que mi representada American Gold Metates, S. de R.L. de C.V., realiza trabajos de exploración minera en concesiones mineras propiedad de mi representada, mismas que se encuentran ubicadas en terrenos dentro de dicha Comunidad, por lo que desde el año de 2007 hemos realizado trabajos de exploración en dichas concesiones mineras, con la anuencia de la Comunidad.

Durante todo este tiempo, mi representada y sus contratistas han podido realizar los trabajos de exploración en la Comunidad aquí mencionada, sin ningún contratiempo, y siempre con el apoyo de la Comunidad de San Juan de Camarones, el Comisariado de Bienes Comunales y su Presidente.

Atentamente,

Sr. Mark John Malfair

Representante legal de

American Gold Metates, S. de R.L. de C.V.

C.c.p. Expediente.

TORREÓN COAHUILA A 16 DE FEBRERO DE 2023

**A QUIEN CORRESPONDA:**

POR MEDIO DE ESTA CARTA, EXTIENDO MI RECOMENDACIÓN PERSONAL AL SEÑOR FELIPE CABRERA SARABIA, A QUIEN CONOZCO DESDE EL AÑO 1999. ESTA PERSONA HA MOSTRADO SER UNA PERSONA ÍNTEGRA, RESPONSABLE Y TRABAJADORA Y DE QUIEN ME CONSTA QUE DESDE LA FECHA EN LA CUAL LA CONOCÍ EN LA CIUDAD DE GOMEZ PALACIO, DGO., ASÍ COMO EN LA CAPITAL DE DICHO ESTADO, HASTA EL AÑO 2005 SE DEDICÓ A LA GANADERÍA, ES DECIR A LA ENGORDA Y VENTA DE GANADO BOVINO, ASÍ MISMO ME GUSTARÍA SEÑALAR QUE EL SEÑOR FELIPE CABRERA SARABIA ES UNA PERSONA DIGNA DE CONFIANZA Y PUEDO ASEGURAR QUE ES UNA PERSONA CON UNA ÉTICA INTACHABLE.

SIN MÁS POR EL MOMENTO, REITERO MI MÁS SINCERA RECOMENDACIÓN PARA LOS FINES QUE EL SEÑOR FELIPE CABRERA SARABIA CONSIDERE PERTINENTES.

**ATENTAMENTE,**

**LIC. OMAR ASCENCIÓN PULIDO FLORES**
**CELULAR: 8717278533**
PULIDOFLORES@HOTMAIL.COM

A QUIEN CORRESPONDA:

EL SUSCRITO CONOZCO DE FORMA PERSONAL AL **SEÑOR FELIPE CABRERA SARABIA** HACE MÁS DE 20 AÑOS, YA QUE TUVE TRATO PERSONAL CON ÉL Y ME CONSTA QUE DESDE EL AÑO 2000 HASTA EL AÑO 2005 EL **SEÑOR CABRERA SARABIA** SE DEDICÓ AL SECTOR GANADERO ASÍ MISMO ME GUSTARÍA MANIFESTAR QUE MI RECOMENDADO ES UNA PERSONA EXCELENTE, TRABAJADOR Y, ADEMÁS, UN GRAN SER HUMANO; YA QUE ESTE ES DE MI ENTERA CONFIANZA.

ATENTAMENTE, EL QUE SUSCRIBE A 14 DE FEBRERO DE 2023

**LIC. ALBERTO IDUÑATE GUZMÁN**

*CEL. 8711377011*

*NOTARIA32@IDUNATE.COM*

*NOTPUB32@GMAIL.COM*

MÉXICO SUSTENTABLE
cmic
INFRAESTRUCTURA DE CLASE MUNDIAL
Cámara Mexicana de la Industria de la Construcción
Delegación Durango

Victoria de Durango, Dgo., a 09 de febrero de 2023

**A QUIEN CORRESPONDA. –**

Por este conducto me permito recomendar ampliamente al **C. Felipe Cabrera Sarabia**, con quien he tenido trato laboral desde hace 14 años y durante este tiempo ha demostrado su integridad, alto sentido de responsabilidad, honradez, eficacia y eficiencia en el desarrollo de sus actividades.

Por lo que no tengo ningún inconveniente en extender la presente carta, para los fines que al interesado convengan.

Sin más por el momento me despido quedando a sus órdenes.

Cámara Mexicana de la Industria de la Construcción
cmic
DELEGACIÓN DURANGO
BLVD. FRANCISCO VILLA ESQ.
MERCURIO S/N CD. INDUSTRIAL
C.P. 34208 DURANGO, DGO.
R.F.C. CMI-970416-U95
TEL. 814-04-23

**Atentamente**

**Arq. Raúl Montelongo Nevárez**
**Presidente**

c.c.p. Archivo

afamdgo ASOCIACION DE FABRICANTES MUEBLEROS DEL ESTADO DE DURANGO

DURANGO DGO. A 9 DE FEBRERO DEL 2023

A QUIEN CORRESPONDA

P R E S E N T E

Sirva este medio para saludar afectuosamente y a su vez, hacer del conocimiento que esta asociación manifiesta conocer al C. FELIPE CABRERA SARABIA desde hace aproximadamente 15 años, recomendándolo como una persona seria y responsable, cualidades que han quedado de manifiesto en el tiempo que lo conocemos.

Se extiende la presente a petición del interesado para los fines que juzgue conveniente en la Cd de Durango Dgo. A los 9 días del mes de febrero del presente año.

Agradeciendo de antemano la intención y el apoyo que se pudiera otorgar, me despido reiterando mi consideración y afecto.

Atentamente

Asociación de fabricantes Muebleros de Durango AC

Carlos Gutiérrez Santiesteban

GOMEZ FARIAS #204 ESQ. CON LUNA BARRIO DE ANALCO DURANGO, DGO 34000 MEXICO CEL 6181066955

José Antonio Safa Barraza

Torreón, Coahuila, 16 de febrero de 2023

A QUIEN CORRESPONDA:

Por medio de la presente me permito recomendar ampliamente al **Sr. Felipe Cabrera Sarabia,** a quien conocí en el año de 1999 en la ciudad de Gómez Palacio, Durango y tuve trato personal con él hasta el año 2004, durante éste demostró ser una persona honesta, íntegra, responsable, un gran ser humano y muy trabajador, por el trato de amistad que tuve con él sé que se dedicó con éxito a la actividad de ganadería en la modalidad de comercio y engorda de ganado bovino.

Por lo anterior, extiendo mi recomendación personal al Sr. Felipe Cabrera Sarabia, para los fines que a él le convengan.

SALUDOS CORDIALES,

JOSE ANTONIO SAFA BARRAZA
Cel. 871 727 0551
~~E-mail: jasb@quimer.com~~
jantonio.safa@gmail.com